UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HONORABLE ELIZABETH E. BROWN

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 07-11647-EEB** |
| | ) | |
| **Louis Frank Vigil** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to CLC Consumer Services in the amount of $1,093.53, was not cashed or was returned as undeliverable.

Upon the request for release of unclaimed funds filed by PNC Bank, National Association, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $1,093.53 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to PNC Bank, National Association.

Dated:

MAY 2 3 2014

BY THE COURT:

_____
BANKRUPTCY JUDGE