United States Bankruptcy Court
District of Colorado

In re:  
Louis Frank Vigil  
    Debtor

Case No. 07-11647-EEB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: griffina    Page 1 of 1    Date Rcvd: Jun 02, 2014  
Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2014.  
cr      +PNC Bank National Association,   1600 Market Street, 28th Floor,   Philadelphia, PA 19103-7239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2014            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2014 at the address(es) listed below:  
       Bryan* Blum    on behalf of Creditor    Wells Fargo Bank, N.A cmsbnk@cmsatty.com  
       Jeremy* Peck    on behalf of Creditor    Wells Fargo Bank, N.A cmsbnk@cmsatty.com  
       Robert D. Bradley    on behalf of Debtor Louis Frank Vigil jallen.bradleylaw@gmail.com  
       US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
     TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HONORABLE ELIZABETH E. BROWN

| | | |
|---|---|---|
| In re: | ) | Case No. 07-11647-EEB |
| | ) | |
| Louis Frank Vigil | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to CLC Consumer Services in the amount of $1,093.53, was not cashed or was returned as undeliverable.

Upon the request for release of unclaimed funds filed by PNC Bank, National Association, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $1,093.53 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to PNC Bank, National Association.

Dated:

MAY 2 3 2014

BY THE COURT:

_____
BANKRUPTCY JUDGE